[No. 11306-6-II.  Division Two.  March 24, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL THOMAS BREZILLAC, *Appellant*.

Appeal from judgments of the Superior Court for Grays Harbor and King Counties, Nos. 84-1-00134-2, 71758, Robert L. Charette and Lloyd W. Bever, JJ., entered October 14 and November 4, 1985. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 20533-1-I.  Division One.  March 28, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD RICHISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-00224-8, Liem E. Tuai, J., entered June 11, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 20282-1-I.  Division One.  March 28, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. VANCE R. STEEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-1-00879-3, Gerald L. Knight, J., entered April 20, 1987. *Dismissed* by unpublished per curiam opinion.